# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0065
Lower Tribunal No. 20-SC-12434
_____

PERMANENT GENERAL ASSURANCE CORPORATION,

Appellant,

v.

ALLIED HEALTHCARE OF CENTRAL FLORIDA, INC. a/a/o ADMILOR NESTON,

Appellee.

_____

Appeal from the County Court for Orange County.
Brian S. Sandor and Jeanette Dejuras Bigney, Judges.

April 4, 2025

PER CURIAM.

We dismiss the appeal of the order that granted entitlement to reasonable attorney's fees and costs under section 57.105, Florida Statutes, and reserved ruling as to amount. *See Meeks v. Strickland*, 364 So. 3d 1139, 1140 (Fla. 6th DCA 2023). We affirm in all other respects.

DISMISSED in part; AFFIRMED in part.

WOZNIAK, WHITE and BROWNLEE, JJ., concur.

Dorothy V. DiFiore, of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, for Appellant.

Robert Morris and Crystal Eiffert, of Eiffert & Associates, P.A., Orlando, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED